**SEALED**

**FILED**
DEC 11 2024
BONNIE HACKLER
Clerk, U.S. District Court
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | **SEALED** |
| v. | Case No. **24 CR 209 JFH** |
| GARLAND LEON SEAY, | |
| *Defendant.* | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### THEFT OF GOVERNMENT PROPERTY
### [18 U.S.C. § 641]

On or about July 22, 2024, in the Eastern District of Oklahoma, the defendant, **GARLAND LEON SEAY**, willfully and knowingly did steal, purloin, receive, conceal, and retain items belonging to the McAlester Army Ammunition Plant, to wit: a training missile, telescope spotlights, electronic tablets, tools, and Nikon camera, of a value exceeding $1,000, of the goods and property of the United States, in violation of Title 18, United States Code, Section 641.

## COUNT TWO

### THEFT OF GOVERNMENT PROPERTY
### [18 U.S.C. § 641]

Between in or about July 2023 and on or about September 4, 2024, in the Eastern District of Oklahoma, the defendant, **GARLAND LEON SEAY**, willfully and knowingly did steal, purloin, receive, conceal, and retain items belonging to the McAlester Army Ammunition Plant,

1

to wit: computer hard drives, spools of cable, bags of heavy machinery tools, and other miscellaneous tools and equipment, of a value exceeding $1,000, of the goods and property of the United States, in violation of Title 18, United States Code, Section 641.

### COUNT THREE

### ENTERING A MILITARY INSTALLATION FOR A PURPOSE PROHIBITED BY LAW
### [18 U.S.C. § 1382]

Beginning in or about July 11, 2024, and continuing until on or about July 16, 2024, and in the Eastern District of Oklahoma, the defendant, **GARLAND LEON SEAY**, did knowingly and unlawfully enter upon the property of the McAlester Army Ammunition Plant, a military installation, for a purpose prohibited by law, to wit: entering onto the base to steal property belonging to the United States, in violation of Title 18, United States Code, Section 1382.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

_s / Foreperson_
FOREPERSON OF THE GRAND JURY

_____
MICHAEL E. ROBINSON, MA BAR #693574
Assistant United States Attorney