# UNITED STATES DISTRICT COURT
for the

### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.: CR-24-209-JFH |
| v. | ) | Date: 12/17/2024 |
| | ) | |
| GARLAND LEON SEAY | ) | Time: 3:11 p.m. – 3:22 p.m. |
| Defendant. | ) | |

### MINUTE SHEET – ARRAIGNMENT

Gerald L. Jackson, U.S. Magistrate Judge    P. Bruce, Deputy Clerk    FTR Courtroom: 4 - Room 420

Counsel for Plaintiff:    Michael Robinson, AUSA

Counsel for Defendant:    Wes Cherry, Retained

☐ Defendant gives consent to proceed by video conference

☐ Fin. Afd / Deft orally requested counsel    Objections ☐ yes  ☐ no    ☐ Court appointed counsel
Defendant appears in person: ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;
☒ Defendant acknowledged receipt of Indictment and has had an opportunity to discuss it with counsel
☒ Defendant advised of constitutional rights, charges, possible penalties
☒ Defendant waives formal reading of Indictment
☒ Defendant entered not guilty plea as to Counts 1-3 of the Indictment

☒ **Jury Trial set January 27, 2025, at 8:45 a.m., before District Judge John F. Heil, III**
☒ Court advised defendant will have 14 days to file motions and Government will have 7 days to respond
☒ EXPERT WITNESS NOTICES to be filed within fourteen (14) days after arraignment. Any DAUBERT MOTIONS to be filed within 14 days of the filing of the Expert Witness Notices.
☒ Joint Status Report and Notices due within 7 days

**Discovery**:
☒ Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A) requiring the Government to provide discovery to defendant contemporaneously with the Arraignment.
  ☒ Government states discovery will be available via USAFX at the conclusion of the Arraignment
  ☐ Government has complied         ☐ Government has not complied
  Parties ☐ do ☐ do not foresee any problems which the Court should anticipate.
☒ Court reminds Government of their discovery obligations pursuant to the Due Process Protections Act

**Detention / Bond:**
☒ Defendant allowed to post bond in the amount of $10,000.00 (unsecured) with conditions of release
☐ Government filed a Motion for Detention
☐ Defendant orally requested detention hearing
☐ Detention hearing set
☐ Defendant waives the issue of detention at this time
☐ Defendant agreed issue of bond is moot
☐ Defendant to remain in custody and was remanded to the custody of USMS

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: PB