UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>GARLAND LEON SEAY,<br><br>                   Defendant(s). | Case No.  CR-24-209-JFH |

## **SCHEDULING ORDER**

It is hereby ordered:

| | |
|---|---|
| Joint status report regarding production of discovery filed: | **12/24/2024** |
| Notices filed: | **12/24/2024** |

    This includes all notices required by the Rules of Criminal Procedure and Evidence, including but not limited to, notices pursuant to Rule 16, 404(b), 412, 413, 414, or 609.

| | |
|---|---|
| Motions to dismiss for insufficient indictment filed: | **12/24/2024** |
| All other motions and objections to notices filed: | **12/31/2024** |

    Absent good cause, motions in limine shall be filed by this date

    Motions for bill of particulars shall be filed pursuant to FRCrP 7(f)

| | | |
|---|---|---|
| Pretrial conference: | **1/16/2025** | at 9:30 a.m. |
| Voir dire, jury instructions, stipulations, & trial briefs filed: | **1/17/2025** | |
| Witness and exhibit lists exchanged between counsel and emailed to courtroom deputy (do not file): | **1/23/2025** | by 4:00 p.m. |
| Three hard-copy exhibit binders delivered to Court: | **1/23/2025** | by 4:00 p.m. |
| Jury trial: | **1/27/2025** | at 8:45 a.m. |

Due to the Court's multi-district caseload, this schedule is relatively inflexible.

Pursuant to LCrR 12.1(E), any response shall be filed within seven days of any motion's filing. Replies are not permitted without leave of Court. If leave is granted, replies shall be limited to five pages.

Only one omnibus motion in limine per party and one motion to suppress per defendant is permitted without leave of Court. The Court shall summarily deny without prejudice any motion that does not

comply with LCrR 12.1(B), which requires a motion state on the first page whether or not opposing counsel objects to the motion.

The parties should meet and confer in good faith to discuss any stipulations that would streamline the issues at trial. Any stipulations agreed to should be submitted by the date listed.

If the parties anticipate a lengthy pretrial/motion hearing, they are directed to promptly contact the Courtroom Deputy and the hearing will be reset.

If the parties anticipate a plea of guilty, they are directed to promptly contact the Courtroom Deputy and a change of plea hearing (separate from the Pretrial Docket Call) will be set. The parties must provide a petition to enter plea of guilty and any plea agreement (if applicable) to the Court and file any superseding information (if applicable) at least three business days prior to the Change of Plea Hearing.

The parties are encouraged to review the Court's Chambers Rules.

Dated this 17th day of December 2024.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE