IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**　　*Plaintiff*,　v.　**GARLAND LEON SEAY,**　　*Defendant.* | Case No. 24-CR-209 JFH |

**JOINT STATUS REPORT REGARDING**
**PRODUCTION OF DISCOVERY**

The United States of America and Defendant submit this Joint Status Report ("JSR") Regarding Production of Discovery pursuant to this Court's Order. (Doc. No. 16).

On December 11, 2024, a federal grand jury returned a three-count indictment of Defendant for Theft of Government Property (Counts 1 and 2), in violation of 18 U.S.C. § 641; and Entering a Military Installation for a Purpose Prohibited by Law, in violation of 18 U.S.C. § 1382.

Following Defendant's arraignment on December 17, 2024, the United States produced discovery to Defendant (Bates stamps 1-693), which included search warrant documents, inventories of suspected stolen property, evidence collected item logs, photographs of suspected stolen items, Pittsburg County Sheriff Office reports, FBI reports, military police reports, crime scene photographs, witness statements, Motor Vehicle Registrations, and Defendant's NCIC report. On December 17, 2024, the United States produced discovery to Defendant (Bates stamps 694-706), which consisted of media files including recorded interviews of Defendant's wife, Defendant's associates, employees at the McAlester Army Ammunition Plant, and law enforcement body camera footage.

Agents continue to investigate collateral facts related to this case. Any additional investigative reports created during the investigation will be produced to Defendants.

Counsel for the United States and counsel for Defendant have conferred about the case and the scope of the discovery. All parties are aware of their continuing discovery obligations and will make the other party aware should any additional discovery become available that is not referred to above.

        Respectfully submitted,

        CHRISTOPHER J. WILSON
        United States Attorney

        s/ Michael E. Robinson
        MA Bar # 693574
        Assistant United States Attorney
        520 Denison Ave.
        Muskogee, OK 74401
        Telephone: (918) 684-5144
        Michael.Robinson3@usdoj.gov

        Wesley J. Cherry, OBA #22851
        FOUNDATION LAW, P.L.L.C.
        P.O. Box 758
        McAlester, Oklahoma  74502
        (918) 839-6353 Telephone
        (888) 622-3181 Facsimile
        Wes.FoundationLaw@gmail.com
        www.FoundationLawFirm.com
        *Attorney for Defendant*