IN THE DISTRICT COURT OF THE UNITED STATES
OKLAHOMA EASTERN DISTRICT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No.:    CR-24-209-JFH |
| vs. | ) | |
| | ) | Hon. John F. Heil, III |
| **GARLAND SEAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF INTENT TO PLEA GUILTY

**PLEASE TAKE NOTICE** THAT the Defendant so listed above, Garland Seay, apprises the court *via* his counsel of his intent and desire to enter a plea of guilty in this matter. The Defendant desires to enter a plea of "guilty" to Count 1, Count 2, & Count 3 of the Indictment [Doc. No 2]. The Defendant is currently set for Jury Trial on June 2, 2025 [Doc. No. 20]. The Defendant, *via* his counsel, requests that the Court strike the Jury Trial setting for him—and all other deadline dates—and enter an Order setting this matter for plea. This is a plea agreement with the Government. Defendant and his counsel will follow this *Notice* with a formal Petition to Enter Plea of Guilty *per* this Court's standing order(s). Counsel will also contact the courtroom deputy in order to set a date for change of plea hearing.

DATED this 8th day of April, 2025.

Respectfully submitted by:

*/s/ Wesley J. Cherry*

Wesley J. Cherry, OBA #22851
FOUNDATION LAW, P.L.L.C.
P.O. Box 758
McAlester, OK  74502
(918) 839-6353 Telephone
(888) 622-3181 Facsimile
Wes.FoundationLaw@gmail.com
www.FoundationLawFirm.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I CERTIFY that on this 8th day of April, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications to the following:

U.S. Attorney (OKED)
520 Denison Ave.
Muskogee, OK  74401
(918) 684-5100 Tel.
(918) 684-5150 Fax
*Attorney for U.S.A.*

    I CERTIFY that on this 8th day of April, 2025, I sent the foregoing to the following individuals without the use of the CM/ECF system, via U.S. Mail, all postage pre-paid:

NONE.

*Attorney for Defendant*